TRINA A. HIGGINS, United States Attorney (#7349)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: adam.elggren@usdoj.gov

FILED US District Court-UT
JUL 12 '23 AM 11:11

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | VIO. 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| ARMANDO RAMIREZ, | |
| Defendant. | Case: 2:23-cr-00260<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/11/2023 |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm and Ammunition

On or about June 23, 2023, in the District of Utah,

ARMANDO RAMIREZ,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Smith & Wesson Bodyguard .380-caliber handgun; and associated

ammunition; and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- A Smith & Wesson Bodyguard .380-caliber handgun and associated ammunition

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

ADAM S. ELGGREN
Assistant United States Attorney